UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SABRETT FOOD PRODUCTS CORP.,<br>*et al.*,<br>Defendants. | 1:20-mc-511<br><br>(Originally 62 Civ. 2031) |

## ~~PROPOSED~~ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: DEC 1 0 2020

*George B. Daniels*
United States District Court Judge
Southern District of New York